THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALFRED R. GOSLIN et al., Appellants.

*People* v. *Goslin,* 67 App. Div. 16, affirmed.
(Argued March 27, 1902; decided April 15, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 17, 1902, affirming a judgment of a Trial Term rendered

upon a verdict convicting the defendants of the crime of conspiracy, and an order denying a motion for a new trial.

*Frank S. Black, Frederick B. House, Henderson Peck, Robert A. Ammon* and *Frederick B. Bard* for appellants.

*John C. Davies, Attorney-General (Job E. Hedges* and *John D. Lindsay* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT and WERNER, JJ. Not voting: CULLEN, J.